UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                  :

GEORGE ASSAD,                   :

                    :

           Plaintiff,         :         21-CV-7076 (JPC)

                    :

      -v-                 :         <u>ORDER</u>

                    :

GO ACQUISITION FOUNDER LLC. et al.,   :

                    :

          Defendants.     :

                    :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendants' letter requesting a pre-motion conference in advance of its forthcoming motion to dismiss, Dkt. 33, and Plaintiff's response to Defendants' pre-motion letter, Dkt. 34.  Upon reviewing the parties' letters, the Court finds that a pre-motion conference is not necessary, and that Defendants may proceed in filing the motion to dismiss.  Defendants' motion papers are due by October 4, 2021.  Plaintiff's opposition papers are due by October 25, 2021.  Defendants' reply papers, if any, are due November 5, 2021.

      In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given

by opposing counsel for refusing to consent.

      SO ORDERED.

Dated: September 27, 2021
      New York, New York

                              JOHN P. CRONAN
                       United States District Judge