IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE ASSAD, directly on behalf of himself and all others similarly situated, and derivatively on behalf of GO ACQUISITION CORP., <br><br> Plaintiff, <br><br> v. <br><br> GO ACQUISITION CORP., <br><br>            Nominal Defendant, <br><br> v. <br><br> GO ACQUISITION FOUNDER LLC., NOAM GOTTESMAN, M. GREGORY O'HARA, JEREMY ISAACS, GILBERT AHYE, AND NORMA CORIO, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **CASE NO. 1:21-cv-07076 (JPC)(JLC)** <br> ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully requests that the Court consider the attached, recently-issued Order of the United States Securities and Exchange Commission (SEC) Instituting Proceedings to Determine Whether to Approve or Disapprove a Proposed Rule Change to Adopt Listing Standards for Subscription Warrants Issued by a Company Organized Solely for the Purpose of Identifying an Acquisition Target as supplemental authority in support of his opposition to Defendants' motion to dismiss Plaintiff's complaint. The Order is attached hereto as Exhibit A. In the Order, the SEC addresses a proposed rule change for the New York Stock Exchange that would permit listing subscription warrants for special purpose acquisition rights companies

10253006v1/017316

(SPARCs). The Order institutes proceedings to determine whether to disapprove the proposed rule change. Among the reasons for instituting proceedings is that:

> [I]t is unclear under the Exchange's proposal whether the [SPARC] would meet the definition of investment company under the Investment Company Act of 1940 ("1940 Act"). If so, the company may need to register under the 1940 Act, which would require a new listing rule, proposed by the Exchange and approved by the Commission, that contemplates the company's status under the 1940 Act.

Order, at 13.

The Order indicates that the SEC is presently considering the application of the Investment Company Act to acquisition companies. Like a special purpose acquisition company (SPAC), the proposed SPARC would be a shell company with no business that would list its securities on an exchange while seeking to complete a business combination. The proposed SPARC would not hold government securities, but even still the Commission has expressed concerns about the proposed SPARC's status under the Investment Company Act. This Order therefore expresses the Commission's current concerns on a matter closely related to this case. Accordingly, Plaintiff submits that the Order is relevant supplemental authority.

Plaintiff requested on October 25, 2021, in the opposition to Defendants' motion to dismiss, that the Court ask the SEC to provide its views on the application of the Investment Company Act in this case. *See* Pltf.'s Opp. to Defs.' Mot. to Dismiss, Docket No. 55, at 1-2. The Order illustrates that the SEC is presently considering a similar question, and the Commission's views would be valuable for the Court in addressing Defendants' motion. Plaintiff thus renews his earlier request that the Court ask the SEC to provide its views on the application of the Investment Company Act in this case.

Plaintiff asked Defendants whether they join in this request. Defendants stated that they oppose Plaintiff's request that the Court seek the SEC's views in this case.

Dated: December 22, 2021
New York, New York

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Mark Lebovitch
Daniel E. Meyer
Joseph W. Caputo
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
MarkL@blbglaw.com
Daniel.Meyer@blbglaw.com
Joseph.Caputo@blbglaw.com

Gregory V. Varallo
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3601
Greg.Varallo@blbglaw.com

**BUZIN LAW, P.C.**
Robert J. Jackson, Jr. (*admitted pro hac vice*)
John Morley (*admitted pro hac vice*)
111 Broadway, Suite 1204
New York, NY 10006
Telephone: (914) 819-7527
rjj6@nyu.edu
johndmorley@gmail.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
Telephone: (484) 258-1585
Facsimile: (484) 631-1305
rm@rmclasslaw.com

**SUSMAN GODFREY L.L.P.**

*/s/ Stephen Shackelford*
Shawn J. Rabin
Stephen Shackelford
Cory Buland
Beatrice Franklin
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
srabin@susmangodfrey.com
sshackelford@susmangodfrey.com
cbuland@susmangodfrey.com
bfranklin@susmangodfrey.com