IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE ASSAD, directly on behalf of himself and all others similarly situated, and derivatively on behalf of GO ACQUISITION CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GO ACQUISITION CORP.,<br><br>　　　　Nominal Defendant,<br><br>　　v.<br><br>GO ACQUISITION FOUNDER LLC., NOAM GOTTESMAN, M. GREGORY O'HARA, JEREMY ISAACS, GILBERT AHYE, and NORMA CORIO,<br><br>　　　　Defendants. | Case No. 1:21-cv-07076-JPC-JLC |

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to the Court's order at Docket No. 64, **IT IS HEREBY STIPULATED AND AGREED** that this action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, in accordance with Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure. Notice of dismissal is waived, subject to authorization by the Court.

Dated: 　August 19, 2022
　　　　　New York, New York

Respectfully submitted,

FOR PLAINTIFF,

/s/ _____

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
Mark Lebovitch
Daniel E. Meyer
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
E-mail: MarkL@blbglaw.com

**SUSMAN GODFREY L.L.P**
Shawn J. Rabin
Stephen Shackelford
Cory Buland
Beatrice Franklin
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
E-mail: SRabin@susmangodfrey.com

**BUZIN LAW, P.C.**
Robert J. Jackson, Jr. (admitted pro hac vice)
John Morley (admitted pro hac vice)
111 Broadway, Suite 1204
New York, NY 10006
Telephone: (914) 819-7527
E-mail: john.morley@yale.edu

*Counsel for Plaintiff*

FOR DEFENDANTS,

/s/ _____

**DONTZIN NAGY & FLEISSIG LLP**
Matthew S. Dontzin
Tibor L. Nagy, Jr.
David A. Fleissig
Jason A. Kolbe
980 Madison Avenue
New York, NY 10075
(212) 717-2900
mdontzin@dnfllp.com
tibor@dnfllp.com
dafleissig@dnfllp.com
jkolbe@dnfllp.com

*and*

/s/ _____ (PM)

**SIMPSON THACHER & BARTLETT LLP**
Jonathan K. Youngwood
Stephen Patrick Blake
Rachel Sparks Bradley
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
sblake@stblaw.com
rachel.sparksbradley@stblaw.com

*Counsel for Defendants GO Acquisition Corp., Noam Gottesman, M. Gregory O'Hara, Jeremy Isaacs, Gilbert Ahye, and Norma Corio*

*and*

/s/ _____

**WOLLMUTH MAHER & DEUTSCH LLP**
David H. Wollmuth
Joshua Mark Slocum
Paul DeFilippo
Grant Bercari
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Fax: (212) 382-0050
DWollmuth@wmd-law.com
JSlocum@wmd-law.com
Pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
gbercari@wmd-law.com

*Counsel for Defendant GO Acquisition Founder LLC*

The Clerk of Court is respectfully directed to terminate all pending motions and to close this case.

SO ORDERED:

_____
Hon. John P. Cronan, U.S.D.J.
Southern District of New York

Date:   August 22, 2022
        New York, New York